In the Matter of IRVING L. COHEN et al., Respondents, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Argued January 3, 1938; decided January 18, 1938.

*Paul Windels, Corporation Counsel (Edmund L. Palmieri* and *Paxton Blair* of counsel), for appellant.

*A. Spencer Feld* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.